IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMUNN LEE COBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-422-TMH |
| | ) |
| | ) |
| COVINGTON COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On June 18, 2013, Jasmunn Lee Cobb ["Cobb"], an inmate confined at the Covington County Jail, filed the instant 42 U.S.C. § 1983 action. In the complaint, Cobb raises claims regarding alleged conditions at the jail and seeks relief from the district attorney and state judge assigned to his criminal case.

Upon review of the initial complaint, the court deemed it necessary that Cobb file an amendment to his complaint and therefore entered an order directing him to undertake such action on or before July 8, 2013. *Order of June 24, 2013 - Doc. No. 4*. The order provided explicit instructions to Cobb with respect to the information which should be set forth in the amendment. *Id*. In addition, the court specifically cautioned Cobb that his "fail[ure] to file a response to this order" would result in entry of a Recommendation "that this case be dismissed." *Id*. As of the present date, Cobb has failed to file the requisite amendment to the complaint or any other response to the aforementioned order. The court, therefore, concludes that this case should be dismissed without prejudice. *Moon v. Newsome*, 863 F.2d

835, 837 (11th Cir. 1989) (As a general rule, where a litigant has been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.); *see also Tanner v. Neal*, 232 F. App'x 924 (11th Cir. 2007) (affirming *sua sponte* dismissal without prejudice of inmate's § 1983 action for failure to file an amendment to complaint in compliance with court's prior order directing amendment and warning of consequences for failure to comply, noting that inmate was provided with "a standard form, a clear description of what her complaint should contain . . . ." ).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to file an amendment to the complaint in accordance with the directives of the order entered on June 24, 2013. It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation **on or before August 7, 2013**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from

attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 24th day of July, 2013.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE