IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMUNN LEE COBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-422-TMH |
| | ) |
| COVINGTON COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED; and

2. This case is DISMISSED without prejudice for failure of the plaintiff to file an amendment to the complaint in accordance with the directives of the order entered on June 24, 2013.

A separate judgment shall issue.

DONE this 30th day of September, 2013.

  /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE